"Pannone" DLM (5)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Vellano Bros., Inc.

V.

R.O.C. Construction Co., Inc. and Roc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 363 T

TO: (Name and address of Defendant)

Rocco Izzo
60 Dyerville Avenue
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
371 Iron Horse Way
Suite 301
Providence, RI 02908

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/1/2007

Wendy Seib
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/12/07 |
| NAME OF SERVER *(PRINT)* MICHAEL DEFALCO | TITLE CONSTABLE/PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 60 Dyerville Ave. Johnston, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/07
Date

Michael DeFalco
Signature of Server

35 Waveland St. Johnston, RI 02919
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.