UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VELLANO BROS., INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-363T |
| R.O.C. CONSTRUCTION CO., INC. and<br>ROCCO IZZO, JR.,<br>Defendants | : | |

**ANSWER**

Now come R.O.C. Construction Co., Inc. and Rocco Izzo, Jr. ("Defendants") and for their answer to the Complaint filed by the Plaintiff, Vellano Bros., Inc. ("Plaintiff"), state as follows:

**FIRST DEFENSE**

1. Defendants are without sufficient knowledge to admit or deny the allegations of Paragraph 1 of Plaintiff's Complaint and leave Plaintiff to its proof thereof.

2. Defendants admit the allegations of Paragraph 2 of Plaintiff's Complaint.

3. Defendants admit the allegations of Paragraph 3 of Plaintiff's Complaint.

4. Defendants deny the allegations of Paragraph 4 of Plaintiff's Complaint in that the monetary amount at issue in this case does not meet the jurisdictional requirements of this Honorable Court.

5. Defendants admit the allegations of Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny the allegations of Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny the allegations of Paragraph 7 of Plaintiff's Complaint.

8. Defendants deny the allegations of Paragraph 8 of Plaintiff's Complaint.

9. Defendants deny the allegations of Paragraph 9 of Plaintiff's Complaint.

10. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 9 of Plaintiff's Complaint as if fully set forth herein.

11. Defendants deny the allegations of Paragraph 11 of Plaintiff's Complaint.

12. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 11 of Plaintiff's Complaint as if fully set forth herein.

13. Defendants deny the allegations of Paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations of Paragraph 14 of Plaintiff's Complaint.

**SECOND DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

R.O.C. CONSTRUCTION CO., INC. and
ROCCO IZZO, JR.

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay *#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: October 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2007, a true copy of the within was sent, via ECF transmission, to the following:

William E. O'Gara, Esq.
Thomas R. Gonnella, Esq.
Pannone Lopes Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

/s/ Justin T. Shay

H:\ARCHIVE\LJG\R. Izzo\Vellano\pldgs\answer.doc