RECEIVED

DEC 03 2007

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

R.O.C. CONSTRUCTION CO., INC. and
ROCCO IZZO, JR.

Defendants.

Civil Action 07-363 T

# CONSENT JUDGMENT

Judgment for Plaintiff Vellano Bros, Inc. ("Plaintiff") is hereby entered in the sum of $63,000.00 against defendants, R.O.C. Construction Co., Inc. and Rocco Izzo, Jr. (collectively , "Defendants"). Execution on this Judgment is stayed pending payment by Defendants to Plaintiff as follows:

1. $25,000.00 on December 1, 2007;
2. $12,000.00 on January 1, 2008;
3. $12,000.00 on February 1, 2008; and
4. $14,000.00 on March 1, 2008.

If any payment is not made on the date specified, the balance of the $69,909.35 judgment shall be immediately due and execution shall issue forthwith.

ENTER: PER ORDER

Ernest C Torres

12/11/07

ASSENTED TO AS TO FORM AND SUBSTANCE

William E. O'Gara, Esq. (#4257)
Pannone Lopes Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5117
Fax: (401) 824-5123

Dated: November 30, 2007

Justin T. Shay (#2781)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
Fax: (401) 331-5787

November 26, 2007

CERTIFICATE OF SERVICE

I certify that on this 30 day of November, 2007 a true copy of the within was filed via ECF and notice was s~~ent electronically to William O'Gara, Esq., wogara@pldlaw.com.~~ by first class mail to Justin T. Shay, Esq., Cameron & Mittleman 56 Exchange Terrace Providence RI 02903

Suzy Mello

Doc #7432