UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

R.O.C. CONSTRUCTION CO., INC. and
ROCCO IZZO, JR.

Defendants.

Civil Action 07-363 T

**MOTION FOR ISSUANCE OF EXECUTION**

The plaintiff moves for an issuance of execution for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5117
Fax: (401) 824-5123

CERTIFICATE OF SERVICE

I certify that on this ____ day of April, 2008 a true copy of the within was filed via ECF and notice was sent electronically to

Justin T. Shay, Esq. jshay@cm-law.com

/s/ William E. O'Gara

Doc #9789

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

R.O.C. CONSTRUCTION CO., INC. and
ROCCO IZZO, JR.

Defendants.

Civil Action 07-363 T

**MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF EXECUTION**

The plaintiff moves for an issuance of execution on the grounds that the defendant has failed to make the payment required by the Consent Judgment. The amount due is $20,909.35.

Respectfully submitted,

/s/ William E. O'Gara
William E. O'Gara, Esq. (#4257)
Pannone Lopes Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5117
Fax: (401) 824-5123

CERTIFICATE OF SERVICE

I certify that on this ____ day of April, 2008 a true copy of the within was filed via ECF and notice was sent electronically to

Justin T. Shay, Esq. jshay@cm-law.com

/s/ William E. O'Gara ____________

Doc #9790