DC 11
Rev. 7/82

Vellano Bros., Inc.
v.
R.O.C. Construction Co., Inc. and
Rocco Izzo, Inc.
C.A. No. 07-363T

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME R.O.C. Construction Co., Inc. and Rocco Izzo, Jr.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $20,909 | and | 35 cents |

in the United States District Court for the --- District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

R.O.C. Construction Co., Inc. and Rocco Izzo, Jr.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| United States District Court | Rhode Island |
| CITY: Providence | DATE: 9/16/2008 |

Witness the Honorable Ernest C. Torres
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 6/16/2008 | (BY) DEPUTY CLERK<br>Wendy Zieb |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |