**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Vellano Bros., Inc. | COURT CASE NUMBER<br>07-363T |
| DEFENDANT<br>R.O.C. Construction Co., Inc. and Rocco Izzo, Inc. | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rocco Izzo
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Cranston, RI 02921

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>William E. O'Gara<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way, Suite 301<br>Providence, RI 02908 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 401-824-5100 | 6/23/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 70 | No. 70 | Edward R. Kawa | 06/30/08 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*<br>TOM WHITELEY - (TILE MAN) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)*<br>WAKEFIELD R-I 02879 | Date<br>7/3/08 | Time<br>1335 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy<br>C. A Moore | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 11.61 | | 56.61 | 150.00 | 93.39 ~~$0.00~~ |

REMARKS:
Tom Whiteley 7/3/08
TALKED W/ ROCCO ON CELL PHONE - KNEW OF PROBLEM - SAID TO LEAVE IN HOUSE W/ TILE MAN
C. MOORE
HAS NO MONEY!!

RI 788942
GRN FORD PRISM

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

DC 11
Rev. 7/82

## WRIT OF EXECUTION

Vellano Bros., Inc.
v.
R.O.C. Construction Co., Inc. and
Rocco Izzo, Inc.
C.A. No. 07-363T

| United States District Court | DISTRICT<br>RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
R.O.C. Construction Co., Inc. and Rocco Izzo, Jr.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $20,909 | and | 35 cents |

in the United States District Court for the --- District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

R.O.C. Construction Co., Inc. and Rocco Izzo, Jr.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| United States District Court | Rhode Island |
| CITY: Providence | DATE: 9/16/2008 |

Witness the Honorable Ernest C. Torres
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 6/16/2008 | (BY) DEPUTY CLERK: Wendy Sik |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 7/2/08 | 7/3/08 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C. A. Moore |